1 | SARA L. GABIN, OSB #81234
Attorney for **Plaintiff**
2 | 4500 SW Kruse Way, Suite 100
Lake Oswego, Oregon 97035
3 | tel: 503.620.3171  fax: 503.620.3365

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| CRAIG NW REYNOLDS, | Civil No. 06-827-MA |
|---|---|
| Plaintiff, | ORDER FOR ATTORNEY FEES – EAJA |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees of $3,867.30 are awarded to plaintiff (Reynolds) under the Equal Access to Justice Act, 28 U.S.C. 2412, to be made payable to SARA L. GABIN, P.C., Attorney at Law, plaintiff's counsel.

ORDER FOR ATTORNEY FEES -EAJA - 1

1        It is further hereby ORDERED that costs of $350 under 28 U.S.C. 1920 are

2  awarded to plaintiff, to be made payable to him.

3        DATED this __31__ day of July, 2007.

4

5                                               _/s/ Malcolm F. Marsh_
                                         UNITED STATES DISRCTIC COURT JUDGE

6  Submitted by:

7

8  /s/ SARA L. GABIN

9  SARA L. GABIN, OSB#81234
   Attorney for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

APPLICATION FOR EAJA FEES - 2